| | |
|---|---|
| 1 | Michael B. Reynolds, Bar No. 174534 |
|   | mreynolds@swlaw.com |
| 2 | Colin R. Higgins, Bar No. 268364 |
|   | chiggins@swlaw.com |
| 3 | Cameron J. Schlagel, Bar No. 320732 |
|   | cschlgel@swlaw.com |
| 4 | SNELL & WILMER L.L.P. |
|   | 600 Anton Blvd, Suite 1400 |
| 5 | Costa Mesa, California 92626-7689 |
|   | Telephone:  714.427.7000 |
| 6 | Facsimile:  714.427.7799 |
| 7 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual; JOHN DOE NO. 1, an individual; JOHN DOE NO. 2, an individual; JOHN DOE NO. 3, an individual; and JOHN DOE NO. 4, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. **'22 CV 0010 W    DEB**<br><br>**NOTICE OF RELATED CASE**<br><br>**[Civ. L.R. 40.1(f)]** |

**TO THE COURT AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:**

**PLEASE TAKE NOTICE** that pursuant to Civ. L.R. 40.1(f), Plaintiffs Jane Doe, John Doe No. 1, John Doe No. 2, John Doe No. 3, and John Doe No. 4 (jointly, the "Plaintiffs"), through their undersigned counsel, note the following case as potentially related to the instant action: *Rhode v. Becerra*, Case No. 3:18-cv-00802-BEN-JLB, filed in the Southern District of California on April 26, 2018, *appeal pending* Case No. 20-55437.

1    In connection with every firearm-related transaction in California—including
2 purchases and sales of firearms and ammunition, and licenses to carry a concealed
3 weapon—the California Penal Code compels the disclosure of sensitive personal
4 information to the California Department of Justice (the "Cal DOJ"), which the Cal DOJ
5 maintains in its databases.  Through their Complaint, Plaintiffs challenge the
6 constitutionality of newly enacted amendments to the California Penal Code that authorize
7 California Attorney General Robert Bonta and the Cal DOJ to disclose Plaintiffs' sensitive
8 personal information to unaccountable third-party research institutions and researchers.
9 Plaintiffs allege that the challenged laws violate Plaintiffs' rights under the Second
10 Amendment to the United States Constitution, among other constitutional violations
11 alleged in Plaintiffs' complaint.

12    *Rhode* likewise involves a Second Amendment challenge to provisions of the
13 California Penal Code that regulate the purchase and sale of ammunition, and which
14 compel disclosure of personal information to the Cal DOJ.  Specifically, the plaintiffs in
15 *Rhode* assert a Second Amendment challenge to provisions of the California Penal Code
16 amended by Proposition 63 (entitled the "Safety for All Act of 2016").  As the Court in
17 *Rhode* has observed, those statutes are an "unnecessarily complicated maze."  *Rhode v.*
18 *Becerra*, 445 F. Supp. 3d 902, 912 (S.D. Cal. 2020).  Among other requirements under
19 that complicated maze of statutes, the statutes compel disclosure of personal information
20 to the Cal DOJ in connection with every purchase and sale of ammunition, and the Cal
21 DOJ maintains that information in its databases.  *See* Cal. Penal Code § 30352(a).
22 Through this action, Plaintiffs directly challenge the constitutionality of the Attorney
23 General's disclosure of personal information that the Cal DOJ collects under the statutes
24 amended by Proposition 63, including California Penal Code section 30352.

25    This action thus implicates the same laws and regulations that are the subject of the
26 Second Amendment challenges by the plaintiffs in *Rhode*.  Furthermore, in both *Rhode*
27 and this action, Attorney General Bonta is sued in his official capacity.  The cases
28 therefore involve "some of the same parties and are based on the same or similar claims,"

Civ. L.R. 40.1(g)(1), and "substantially the same facts and questions of law," Civ. L.R. 40.1(g)(3). Accordingly, pursuant to Civ. L.R. 41.1(f), assignment to a single district judge who is already familiar with the structure of California's extensive firearm-related laws and regulations is likely to effect a saving of judicial effort and other economies. Furthermore, the consideration of this matter by a single district judge would avoid or minimize the risk of multiple inconsistent rulings and judgments within the same district.

For the foregoing reasons, pursuant to Civ. L.R. 40.1(h), Plaintiffs respectfully request that the Clerk of the Court report the related case "to the judges concerned at the earliest date practicable."

Dated: January 5, 2022

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _____
Michael B. Reynolds
Colin R. Higgins
Cameron J. Schlagel
Attorneys for Plaintiffs

4883-1337-3190.3