# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROB BONTA, in his capacity as Attorney General of the State of California, et al.<br><br>　　　　　　　Defendants. | CASE NO. 22-cv-10-LAB (DEB)<br><br>**ORDER DECLINING TO TRANSFER CASE** |

Plaintiffs Jane Doe and John Doe Nos. 1 through 4 filed a Notice of Related Case under CivLR 40.1(f) stating that counsel believes this case to be related to *Rhode v. Becerra*, Case No. 18-cv-802-BEN-JLB, a case currently pending before Judge Roger Benitez. Cases may be transferred to the judge before whom a related case is already pending where the cases: "1. Involve some of the same parties and are based on the same or similar claims, or 2. Involve the same property, transaction, patent, trademark, or event, or 3. Involve substantially the same facts and the same questions of law." CivLR 40.1(g). The undersigned find that the two cases do not meet this standard, so the Court declines to transfer this case to Judge Benitez.

**IT IS SO ORDERED**.

Dated: January 11, 2022

_____
**HON. LARRY ALAN BURNS**
United States District Judge

_____
**Hon. Roger T. Benitez**
United States District Judge