1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  NELSON R. RICHARDS
   Deputy Attorney General
4  State Bar No. 246996
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7867
     Fax: (916) 324-8835
7    E-mail: Nelson.Richards@doj.ca.gov
   *Attorneys for Defendant Rob Bonta, in his*
8  *official capacity as Attorney General of the*
   *State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, et al.,** | 3:22-cv-00010-LAB-DEB |
| Plaintiffs, | |
| v. | **DECLARATION OF SANJEEV MANGAT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendant. | Date: January 19, 2022<br>Time: 10:00 a.m.<br>Courtroom: 4A<br>Judge: The Hon. Larry A. Burns<br>Action Filed: 1/5/2022 |

I, SANJEEV MANGAT, declare:

1. I am the Information Security Officer ("ISO") at the California Department of Justice (the "Department"). I make this declaration in support of the Attorney General's Opposition to Plaintiffs' Application for Temporary Restraining Order. What follows reflects my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth here.

2. I have over 20 years of experience in Information Technology, most within the area of Information Security. Based on that experience I understand what is necessary to secure systems and data in various IT environments.

3. I have been the ISO since March 2019. As ISO, I am responsible for ensuring a strong information security posture for the Department. That entails maintaining the security and privacy of all information and data at the Department, including maintaining secure computer systems and networks, safety protocols for the information and data, and compliance with all federal, state, laws, regulations, and industry best practices and standards.

4. Much of the information and data collected and stored by the Department is considered criminal justice information. Criminal justice information is subject to strict protection and security protocols. In particular, the Federal Bureau of Investigation requires that criminal justice information be protected through compliance with the United States Department of Justice, Criminal Justice Information Services (CJIS) Security Policy. The most recent version of that policy was published on June 1, 2020. The FBI also provides additional guidance via a companion document to the CJIS Security Policy.

5. The Department requires applicants requesting criminal justice information to certify that they satisfy these strict security protocols. I have helped develop the documentation used by the Department that informs applicants for

1

Mangat Decl. ISO Def.'s Opp'n to Appl. for TRO (3:22-cv-00010-LAB-DEB)

criminal justice information of the requirements and relevant security protocols that the applicant uses to certify compliance.

6. A complete discussion of those protocols is beyond the scope of this declaration. But the following non-exhaustive list provides examples of what an applicant and its system must do:

- Limit access to the system or network to only those individuals identified in the Department's Data Request Application;
- Identify an Information Security Officer or Information Technology Manager of the Research Institution;
- Certify that security controls are in place to meet the requirements of the most recent version of the FBI CJIS Security Policy;
- Certify that if the data will be stored in a data server maintained by a cloud provider, that the data storage must have undergone certain industry audit reports or a certification under Federal Risk and Authorization Management Program (FedRAMP) authorization/certification. This requirement ensures that the cloud service has undergone a rigorous third party assessment and is utilizing standardized security assessments set by the U.S. Government;
- Have a procedure for sanitizing data using one or more of the destruction methods approved by the National Institute of Standards and Technology. That guideline is a widely used data sanitization standard.

7. To receive the criminal justice information from the Department, an applicant must first undergo review by the Department's Data Access and Analysis Section. If the applicant satisfies that review, my security team then reviews documentation provided by the applicant to determine whether they can satisfy the technical security requirements. As part of that process, my team reviews the applicant's description of their security and technology processes, including documentation that supports their claim of compliance with FBI CJIS Security

2

Mangat Decl. ISO Def.'s Opp'n to Appl. for TRO (3:22-cv-00010-LAB-DEB)

Policy and, if the applicant will be using the cloud, appropriate third party certification.

8. To my knowledge, the Department has not released any criminal justice information to an entity that has not met these security protocols.

9. If an applicant seeks assistance, my team works with the Data Access and Analysis Section to clarify requirements for the applicant.

10. Once an applicant is approved by the Data Access and Analysis Section, the applicant assumes all liability for any security issues, incidents, or breaches to their environment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 14, 2022

_____
SANJEEV MANGAT

3

Mangat Decl. ISO Def.'s Opp'n to Appl. for TRO (3:22-cv-00010-LAB-DEB)

# CERTIFICATE OF SERVICE

| Case Name: | Doe, Jane, et al. v. Rob Bonta | Case No. | 3:22-cv-00010-AJB-DEB |
|---|---|---|---|

I hereby certify that on <u>January 14, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF SANJEEV MANGAT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 14, 2022</u>, at Sacramento, California.

| Sondra R. Bushey | */s/ Sondra R. Bushey* |
|---|---|
| Declarant | Signature |

SA2022300119
35833665.docx