ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
NELSON R. RICHARDS
Deputy Attorney General
State Bar No. 246996
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7867
  Fax: (916) 324-8835
  E-mail: Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his
official capacity as Attorney General of the
State of California*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, et al.,** | 3:22-cv-00010-LAB-DEB |
| Plaintiffs, | |
| v. | **DECLARATION OF TRENT SIMMONS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendant. | Date:        January 19, 2022<br>Time:        10:00 a.m.<br>Courtroom: 4A<br>Judge:        The Hon. Larry A. Burns<br>Action Filed:        1/5/2022 |

1    I, TRENT SIMMONS, declare:

2    1.    I am a Research Data Supervisor at the California Department of Justice

3    (the "Department"). I make this declaration in support of the Attorney General's

4    Opposition to Plaintiffs' Application for Temporary Restraining Order. What

5    follows reflects my own personal knowledge and experience and, if called as a

6    witness, I could and would testify competently to the truth of the matters set forth

7    here.

8    2.    I received a bachelor's degree in neuroscience from Brigham Young

9    University, Provo. I also received a master's degree and doctorate in psychology

10    from the University of California, Davis.

11    3.    In the Department, I serve as the section manager for the Data Access

12    and Analysis Section. I plan, organize, and direct the daily activities of staff

13    engaged in reviewing requests for data from internal and external stakeholders. I

14    serve as a liaison and work collaboratively with data business owners, Application

15    Development Bureau staff, Network Information Security Unit, Technology

16    Support Bureau and requestors to accurately and responsibly execute requests while

17    maintaining and ensuring all statutory mandates and Federal Bureau of

18    Investigation and departmental policies are upheld. I plan and implement changes

19    to the department's data request process and ensure all documentation is current.

20    4.    Working with Assembly Bill 173 (2-21-2022 Reg. Sess.) (2021 Cal.

21    Stat., ch. 253) is one of my job duties because it affects access to data maintained

22    by the Department.

23    5.    Researchers who would like access to Department data must submit an

24    application using the Data Request Standard Application, which can be found

25    online (www.oag.ca.gov/research-center/request-process). The application is

26    submitted and reviewed by me and my team.

27    6.    Depending on the data requested, additional documentation may be

28    required to complete the review process (e.g., curriculum vitae, background check,

1

1  certification of human subjects' protection training, data security information). My

2  team reviews all information provided by requestors and then coordinates with the

3  data base owner and Network Information Security Unit to approve or deny the

4  submitted data request. Approved requests are valid for one year, at which time

5  requestors can renew their access to Department-provided data.

6        7.    When my team receives a new application, they process the application

7  by assigning request tracking numbers, adding the request to our tracking logs, and

8  identifying any areas where further clarification is needed. They then review the list

9  of team members listed by the requestor and determine whether there is any need to

10  receive a background check; requestors seeking individual-level criminal justice

11  information must receive a background check. My team also requests proof of

12  identity and documentation substantiating the requestor's data security protocols to

13  safeguard the data upon release.

14        8.    Security requirements vary depending on the type of data being requested

15  and proposed storage solution. Requestors seeking access to data containing

16  criminal justice information must be compliant with the security measures outlined

17  in the Federal Bureau of Investigation Criminal Justice Information Services

18  Security Policy. If the requested data does not have criminal justice information,

19  their security protocols must be compliant with the Nationals Institutes of Standards

20  and Protocols Security Policy 800-171. Requestors seeking to use a third party data

21  center or Cloud Service must be compliant with the Federal Bureau of Investigation

22  Cloud Controls and provide a System and Organization Control 2 Type I report or

23  Federal Risk and Authorization Management Program Authorization assessed at the

24  moderate or high security baseline.

25        9.    The Department requires requestors be compliant with these security

26  standards in order to receive data released by the Department, including personally

27  identifying information.

28

2

10.   Requests receive approval of their security requirements from the Network Information Security Unit, data release approval by the database owner, and application approval from me. All reviewing entities must provide their approval before the request can be fulfilled.

11.   Approvals and denials are communicated by letter to the requestor and then work with the Applications Development Bureau to extract and provide the requested data. All data productions are provided to requestors through Secure File Transfer Protocol.

12.   As a condition for releasing data, applicants who have received criminal justice information or personally identifying information from the Department must agree to furnish the Department with pre-publication manuscripts at least 10 days before publication. My team and I review these manuscripts to ensure that data disclosed in the publication cannot be used to identify specific individuals.

13.   On January 8, 2021, the California Firearm Violence Research Center at UC Davis (the "Center") submitted an application for information.

14.   That request asked for information in the Department's Automated Firearms System (AFS) and Dealer Record of Sale (DROS) System.

15.   On November 29, 2021, the Department approved the Center's application. On November 29, 2021, information in AFS and DROS System were provided to the Center. The information provided was current through May 11, 2021 for AFS and November 1, 2021 for DROS.

16.   This means that if Plaintiffs (who, I understand, are currently anonymous) purchased a firearm before the date the information was extracted, entries in AFS and the DROS System have already been provided to the Center.

17.   The data provided included all personally identifying information collected by the Department for as many individuals that had the information present. I understand that social security information is not generally recorded in either AFS or DROS. There may be some exceptions. But without knowing the

3

Plaintiffs' identities, there is no way to determine whether they would be exceptions to the general rule.

18.   On June 22, 2021, Stanford submitted an application for information.

19.   That request asked for information in the Department's AFS and DROS Systems.

20.   On July 1, 2021, the Department approved the Stanford application. AFS data was provided to Stanford on July 21, 2021. DROS data was provided to Stanford on November 15, 2021. These data productions were identical to the extracts provided to the Center.

21.   As part of my job duties, I have looked into whether Stanford or the Center have ever had a data breach. To my knowledge, neither requesting entity has ever inadvertently disclosed personal identifying information in data obtained from the Department, or any source, to an unauthorized person or the public. Requestors agree to communicate data breaches to the Department as part of the security requirements.

22.   As of the date of this declaration, there are no applications for new extracts of data pending. There is, however, a new pending application from the Center that would authorize additional users to analyze the existing productions of AFS and DROS already provided to the Center. Department-provided data may only be used for the express reasons listed in the application for the data. This means that the Department must authorize any additional users or research questions pursuant to the extracts provided previously through new applications.

23.   I am currently in the process of reviewing and processing the pending application. Under normal circumstances, the application would probably be processed in roughly three weeks from the date of this declaration. But there is no set deadline.

4

1   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2   is true and correct.

3

4      Executed on: January 14, 2022

5

6                                                    _____

7                                                    TRENT SIMMONS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

| **Case Name:** | Doe, Jane, et al. v. Rob Bonta | **Case No.** | **3:22-cv-00010-AJB-DEB** |
|---|---|---|---|

I hereby certify that on <u>January 14, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF TRENT SIMMONS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 14, 2022</u>, at Sacramento, California.

| Sondra R. Bushey | */s/ Sondra R. Bushey* |
|---|---|
| Declarant | Signature |

SA2022300119
35833664.docx