# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, et al.<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his capacity as Attorney General of the State of California, et al.<br><br>　　　　　　　　　Defendants. | CASE NO. 22-cv-10-LAB (DEB)<br><br>**ORDER GRANTING MOTION TO APPEAR BY VIDEO CONFERENCE**<br>**[Dkt. 17]** |

Counsel for Defendant Rob Bonta, in his capacity as Attorney General of the State of California, has filed a motion to appear telephonically or by video conference at the hearing in this matter at 10:00 a.m. on Wednesday, January 19, 2022. (Dkt. 17). Because of the risks involved with air travel at the current stage of the COVID-19 pandemic, and because counsel would lose childcare for five to ten days following travel due to quarantine requirements, the Court finds good cause to permit appearance by videoconference and **GRANTS** the Motion.

All counsel may, at their option, attend the hearing via video conference. The Court will circulate video conference information on or before Tuesday, January 18, 2022.

**IT IS SO ORDERED**.

Dated: January 15, 2022

*Larry A. Burns*
_____
HON. LARRY ALAN BURNS
United States District Judge

- 1 -