1  Michael B. Reynolds, Bar No. 174534
   mreynolds@swlaw.com
2  Colin R. Higgins, Bar No. 268364
   chiggins@swlaw.com
3  Cameron J. Schlagel, Bar No. 320732
   cschlgel@swlaw.com
4  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
5  Costa Mesa, California 92626-7689
   Telephone:  714.427.7000
6  Facsimile:   714.427.7799

7  Attorneys for Plaintiffs

8

9          **UNITED STATES DISTRICT COURT**

10         **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 JANE DOE, an individual; JOHN DOE         Case No. 3:22-cv-00010-LAB-DEB
   NO. 1, an individual; JOHN DOE NO.
13 2, an individual; JOHN DOE NO. 3, an
   individual; and JOHN DOE NO. 4, an
14 individual,                               **JOINT MOTION TO**
                                             **PROTECTIVE ORDER**
15              Plaintiffs,                   **REGARDING DISCLOSURE OF**
                                             **PLAINTIFFS' IDENTITIES**
16      v.

17 ROB BONTA, in his official capacity as
   Attorney General of the State of
18 California; and DOES 1-25, inclusive,

19              Defendants.

20

21      In accordance with the Court's Order entered on January 20, 2022 [ECF

22 No. 22], granting Plaintiffs' Motion for Leave to Proceed Using Pseudonyms and

23 for Protective Order [ECF No. 11], the parties stipulate that the Court should enter

24 the attached protective order.

25

26

27

28

                                                           (22-cv-00010)

Dated:  January 25, 2022                    Respectfully submitted,

                                            SNELL & WILMER L.L.P.


                                            By:  */s/ Michael B. Reynolds*
                                                Michael B. Reynolds
                                                Colin R. Higgins
                                                Cameron J. Schlagel
                                                Attorneys for Plaintiffs


                                            ROB BONTA
                                            Attorney General of California
                                            ANTHONY R. HAKL
                                            Supervising Deputy Attorney General


                                            By:  */s/ Nelson R. Richards*
                                                Nelson R. Richards
                                                *Deputy Attorney General*
                                                Attorneys for Defendant Rob Bonta,
                                                in his official capacity as Attorney
                                                General of the State of California


**ATTORNEY ATTESTATION**

I, Michael B. Reynolds, am the ECF User whose ID and password are being used to file this Joint Motion.  I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                            SNELL & WILMER L.L.P.


                                            By:  */s/ Michael B. Reynolds*
                                                Michael B. Reynolds
                                                Colin R. Higgins
                                                Cameron J. Schlagel
                                                Attorneys for Plaintiffs

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

4885-4274-8170

                                            - 2 -                    (22-cv-00010)