**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ROB BONTA, in his capacity as Attorney General of the State of California, et al.<br><br>　　　　　　　　Defendants. | CASE NO. 22-cv-10-LAB (DEB)<br><br>**ORDER:**<br><br>**1) DENYING MOTION TO DISMISS AS MOOT [Dkt. 27]**<br><br>**2) SETTING HEARING DATE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**3) CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

　　　Defendant Rob Bonta, in his capacity as Attorney General of the State of California, filed a Motion to Dismiss the Complaint in this action. (Dkt. 27). Plaintiffs then filed their First Amended Complaint. (Dkt. 28). Because the Complaint is no longer the operative pleading in this case, the Motion to

Dismiss that pleading is **MOOT**. The Motion to Dismiss is **DENIED**.

At the January 19, 2022 hearing in this matter, Defendant requested that the Court hear his motion to dismiss on the same date as but prior to the hearing on Plaintiffs' Motion for Preliminary Injunction. Plaintiffs did not object. The Court anticipates that Defendant will move to dismiss the First Amended Complaint, and so it sets the hearing on any such motion for **April 5, 2022 at 10:00 a.m.** and **CONTINUES** the hearing on Plaintiffs' Motion for Preliminary Injunction to the same date.

**IT IS SO ORDERED**.

Dated: March 3, 2022

_Larry A. Burns_
**HON. LARRY ALAN BURNS**
United States District Judge