# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his capacity as Attorney General of the State of California, et al.<br><br>Defendants. | CASE NO. 22-cv-10-LAB (DEB)<br><br>**ORDER GRANTING MOTION TO APPEAR BY VIDEO CONFERENCE [Dkt. 40]** |

Counsel for Defendant Rob Bonta, in his capacity as Attorney General of the State of California, has filed a motion to appear telephonically or by video conference at the hearing in this matter at 10:00 a.m. on Tuesday, April 5, 2022. (Dkt. 40). Because counsel would lose childcare for three to eight days following travel due to quarantine requirements in connection with the travel necessary to attend the hearing in person, the Court finds good cause for the requested relief and **GRANTS** the Motion. All counsel may, at their option, attend the hearing via video conference. The Court will circulate information on connecting to the video conference on or before Monday, April 4, 2022.

**IT IS SO ORDERED**.

Dated: April 1, 2022

_Larry A. Burns_

**HON. LARRY ALAN BURNS**
United States District Judge