1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  RYAN R. DAVIS
   Deputy Attorney General
4  JOHN W. KILLEEN
   Deputy Attorney General
5  State Bar No. 258395
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-6045
    Fax: (916) 324-8835
8   E-mail: John.Killeen@doj.ca.gov
   *Attorneys for Defendant Rob Bonta, in his*
9  *official capacity as Attorney General of the*
   *State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, et al.,** | 3:22-cv-00010-LAB-DEB |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendant. | Judge:      Hon. Larry A. Burns<br>Courtroom: 4A<br>Action Filed:   1/5/2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Deputy Attorney General Nelson Richards is no longer representing Defendant Rob Bonta. Counsel now representing Defendant Rob Bonta are Deputy Attorneys General John W. Killeen and Ryan R. Davis. Their contact information is:

John W. Killeen (lead counsel for notice)
1300 I Street, Suite 125
Sacramento, CA 94244-2550
(916) 210-6045
John.Killeen@doj.ca.gov, Ksenia.Lavrushchak@doj.ca.gov

Ryan R. Davis
1300 I Street, Suite 125
Sacramento, CA 94244-2550
(916) 210-6050
Ryan.Davis@doj.ca.gov, Ritta.Mashriqi@doj.ca.gov

Dated: June 24, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General

/s/ *John W. Killeen*
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

# CERTIFICATE OF SERVICE

Case Name:  **Doe, Jane, et al. v. Rob Bonta**   No.   **3:22-cv-00010-AJB-DEB**

I hereby certify that on June 24, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 24, 2022, at Sacramento, California.

| Eileen A. Ennis | *[signature]* |
|---|---|
| Declarant | Signature |

SA2022300119
36281689.docx