1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  RYAN R. DAVIS
   Deputy Attorney General
4  JOHN W. KILLEEN
   Deputy Attorney General
5  State Bar No. 258395
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-6045
    Fax: (916) 324-8835
8   E-mail: John.Killeen@doj.ca.gov
   *Attorneys for Defendant Rob Bonta, in his*
9  *official capacity as Attorney General of the*
   *State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, et al.,**<br><br>                              Plaintiffs,<br><br>        v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                              Defendants. | No. 3:22-cv-00010-LAB-DEB<br><br>**DEFENDANT'S PRELIMINARY OPPOSITION TO, OR REQUEST FOR ADDITIONAL BRIEFING IN RESPONSE TO, PLAINTIFF'S *EX PARTE* APPLICATION FILED ON JUNE 30, 2022**<br><br>Judge:       Hon. Larry A. Burns<br>Courtroom: 4A<br>Action Filed:    1/5/2022 |

Out of an abundance of caution based on the Court's directive that "*[e]x parte* applications that are not opposed within two court days will be considered unopposed and may be granted on that ground" (Standing Order in Civil Cases #5), Defendant California Attorney General Rob Bonta requests that the Court deny Plaintiffs' "Ex Parte Application for Reconsideration" filed on June 30 (Dkt. No. 49), without prejudice to Plaintiffs re-filing their pleadings in compliance with the Court's standing order. Alternatively, the Attorney General requests that he be granted an opportunity to file a substantive opposition to Plaintiffs' *ex parte* application.

Plaintiffs' application should not be granted without notice or an opportunity to be heard for several reasons:

First, the Court's standing order requires counsel, "[b]efore submitting an *ex parte* application" to "meet and confer with opposing counsel to attempt to informally resolve the issue." Standing Order #5. Plaintiffs did not attempt to meet and confer about any issue raised in their pleadings. Instead, an hour and a half before they filed their 25-page application, an associate at Plaintiff counsel's firm called counsel for the Defendants to notify him that an application was about to be filed. See Declaration of Cameron J. Schlagel (Dkt. No. 49-1), ¶ 4. Plaintiffs have submitted no evidence that they engaged in any meaningful effort to "meet and confer" about anything.

Second, in support of their application for reconsideration, Plaintiffs did not file "an *ex parte* application, not more than five pages, seeking leave to file a motion to reconsider" first. Standing Order #3(e).

Granting any sort of relief to Plaintiffs based on defective notice and an insufficient opportunity to brief the relevant issues would severely prejudice the Attorney General. Therefore, the Attorney General requests that the Court deny Plaintiffs' application without prejudice, or prescribe a briefing schedule that will

1

Def.'s Preliminary Opp'n to Pls.' Appl. For Reconsideration (3:22-cv-00010-AJB-DEB)

give the Attorney General an adequate opportunity to respond to Plaintiffs' application.

Dated:  July 1, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General

/s/ *John W. Killeen*
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

2

Def.'s Preliminary Opp'n to Pls.' Appl. For Reconsideration (3:22-cv-00010-AJB-DEB)

# CERTIFICATE OF SERVICE

Case Name:   **Doe, Jane, et al. v. Rob Bonta**          No.   **3:22-cv-00010-AJB-DEB**

I hereby certify that on July 1, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S PRELIMINARY OPPOSITION TO, OR REQUEST FOR ADDITIONAL BRIEFING IN RESPONSE TO, PLAINTIFF'S *EX PARTE* APPLICATION FILED ON JUNE 30, 2022**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 1, 2022, at Sacramento, California.

| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
|---|---|
| Declarant | Signature |

SA2022300119
36335036.docx