Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Colin R. Higgins, Bar No. 268364
chiggins@swlaw.com
Cameron J. Schlagel, Bar No. 320732
cschlgel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile:  714.427.7799

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual; JOHN DOE NO. 1, an individual; JOHN DOE NO. 2, an individual; JOHN DOE NO. 3, an individual; and JOHN DOE NO. 4, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00010-LAB-DEB<br><br>**Plaintiffs' Reply to Defendant's Opposition to, or Request for Additional Briefing in Response to, Plaintiffs'** *Ex Parte* **Application Filed on June 30, 2022 [ECF No. 51]** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby reply to Defendant's Opposition to, or Request for Additional Briefing in Response to, Plaintiffs' *Ex Parte* Application Filed on June 30, 2022 (the "Opposition"), as follows:

Defendant's egregious public release of the sensitive personal information that is the subject of Plaintiffs' pending Motion for Preliminary Injunction is an

1  emergency that merits immediate attention, which Defendant's Opposition fails to
2  acknowledge.  Plaintiffs respectfully submit that their *Ex Parte* Application
3  complies with the Court's procedures for temporary restraining orders and motions
4  for emergency relief.  Standing Order, ¶ 4.  Indeed, Plaintiffs specifically contend,
5  in view of the emergency that Defendant created, a temporary restraining order
6  enjoining enforcement of the AB 173 Amendments and prohibiting Defendant and
7  Cal DOJ from further disseminating sensitive personal information publicly or to
8  any third parties is warranted and necessary until the Court issues its ruling on
9  Plaintiffs' Motion for Preliminary Injunction.

11  Dated: July 1, 2022                          Respectfully submitted,

12                                                             SNELL & WILMER LLP

14                                                 By: _____
15                                                             Michael B. Reynolds
                                                               Colin R. Higgins
16                                                             Cameron J. Schlagel
17                                                             Attorneys for Plaintiffs

4870-4358-9671.1