ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General
JOHN W. KILLEEN
Deputy Attorney General
State Bar No. 258395
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6045
  Fax: (916) 324-8835
  E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his*
*official capacity as Attorney General of the*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, et al.,** | 3:22-cv-00010-LAB-DEB |
| Plaintiffs, | |
| v. | **DECLARATION OF RANDIE CHANCE, PH.D, IN SUPPORT OF DEFENDANT'S OPPOSITION TO (1) PLAINTIFFS' APPLICATION FOR RECONSIDERATION OF ORDER DENYING TEMPORARY RESTRAINING ORDER AND (2) PLAINTIFFS' REQUEST TO REOPEN AND SUPPLEMENT PENDING MOTION FOR PRELIMINARY INJUNCTION** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendants. | |
| | Judge:  Hon. Larry A. Burns |
| | Courtroom: 4A |
| | Action Filed:  1/5/2022 |

1    I, Randie Chance, Ph.D, declare:

2    1.    I make this declaration in support of the Attorney General's Opposition

3    to (1) Plaintiffs' Application for Reconsideration of Order Denying Temporary

4    Restraining Order and (2) Plaintiffs' Request to Reopen and Supplement Pending

5    Motion for Preliminary Injunction. What follows reflects my own personal

6    knowledge and experience and, if called as a witness, I could and would testify

7    competently to the truth of the matters set forth here.

8    2.    I am the Director of the California Department of Justice (DOJ) Research

9    Center, which oversees statistical models and supporting techniques to inform and

10    guide the Attorney General's data-driven priorities.  The Research and Data

11    Request Section, within the Research Center, is responsible for overseeing the

12    process by which researchers request and gain access to data, including data

13    maintained in the Automated Firearms System and the Ammunition Purchase

14    Records File.  I am familiar with the process by which researchers have gained

15    access to such data, both before and following the passage of Assembly Bill 173.

16    3.    I have reviewed the Declaration of Trent Simmons in Support of

17    Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction, dated

18    February 22, 2022 (ECF No. 29-4), and attached hereto as **Exhibit 1**.  I concur with

19    Mr. Simmons' account of the application process, security requirements, and the

20    recent timelines in which DOJ approved applications submitted by the Firearm

21    Violence Research Center at UC Davis and by Stanford University.

22

23    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

24    is true and correct.

25    Executed on:

26

27    _____

28

RANDIE CHANCE, PH.D

Digitally signed by
Randie Chance
Date: 2022.07.13
07:33:20 -07'00'

1

# EXHIBIT 1

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
CHARLES J. SAROSY
NELSON R. RICHARDS
Deputy Attorneys General
State Bar No. 246996
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7867
  Fax: (916) 324-8835
  E-mail: Nelson.Richards@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his
official capacity as Attorney General of the
State of California*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, et al.,** | 3:22-cv-00010-LAB-DEB |
| Plaintiffs, | |
| v. | **DECLARATION OF TRENT SIMMONS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | Date:            March 8, 2022<br>Time:            10:00 a.m.<br>Courtroom: 14A<br>Judge:          The Hon. Larry A. Burns<br>Action Filed:   1/5/2022 |
| Defendant. | |

1    I, TRENT SIMMONS, declare:

2    1.    I am a Research Data Supervisor at the California Department of Justice

3    (the "Department"). I make this declaration in support of the Attorney General's

4    Opposition to Plaintiffs' Motion for Preliminary Injunction. What follows reflects

5    my own personal knowledge and experience and, if called as a witness, I could and

6    would testify competently to the truth of the matters set forth here.

7    2.    I received a bachelor's degree in neuroscience from Brigham Young

8    University, Provo. I also received a master's degree and doctorate in psychology

9    from the University of California, Davis.

10    3.    In the Department, I serve as the section manager for the Data Access

11    and Analysis Section. I plan, organize, and direct the daily activities of staff

12    engaged in reviewing requests for data from internal and external stakeholders. I

13    serve as a liaison and work collaboratively with data business owners, Application

14    Development Bureau staff, Network Information Security Unit, Technology

15    Support Bureau and requestors to accurately and responsibly execute requests while

16    maintaining and ensuring all statutory mandates as well as Federal Bureau of

17    Investigation and departmental policies are upheld. I plan and implement changes

18    to the Department's data request process and ensure all documentation is current.

19    4.    The Data Access and Analysis Section is part of the Department's

20    Research Center, which has fielded public requests for data since 2017.

21    5.    Working with Assembly Bill 173 (2021-2022 Reg. Sess.) (2021 Cal.

22    Stat., ch. 253) is one of my job duties because it affects access to data maintained

23    by the Department.

24    6.    Researchers who would like access to Department data must submit an

25    application using the Data Request Standard Application, which can be found

26    online (www.oag.ca.gov/research-center/request-process). The application must

27    specify who can access the data requested. The application is submitted and

28    reviewed by me and my team.

1

Simmons Decl. ISO Def.'s Opp'n to Mot. for Prelim. Inj. (3:22-cv-00010-LAB-DEB)

7.      Depending on the data requested, additional documentation may be required to complete the review process (e.g., curriculum vitae, background check, certification of human subjects' protection training, data security information). My team reviews all information provided by requestors and then coordinates with the data base owner and Network Information Security Unit to approve or deny the submitted data request. Approved requests are valid for one year, and requestors can renew their access to Department-provided data 90 days prior the expiration of this one-year period. During the renewal period, the Department asks whether requestors need any changes to the project parameters. The Department grants a renewal once the requestor reaffirms the existing project conditions or when the requested modifications are authorized.

8.      When my team receives a new application, they process the application by assigning request tracking numbers, adding the request to our tracking logs, and identifying any areas where further clarification is needed. They then review the list of team members listed by the requestor and determine whether there is any need to receive a background check of the listed team members; requestors seeking individual-level criminal justice information must receive a background check. My team also requests proof of identity and documentation substantiating the requestor's data security protocols to safeguard the data upon release.

9.      Security requirements vary depending on the type of data being requested and proposed storage solution. Requestors seeking access to data containing criminal justice information must be compliant with the security measures outlined in the Federal Bureau of Investigation Criminal Justice Information Services Security Policy. In my experience, requestors view compliance with this security policy to be exceptionally strict; at least one requestor closed their project in lieu of completing the security requirements. If the requested data does not have criminal justice information, their security protocols must be compliant with the National Institutes of Standards and Protocols Security Policy 800-171.

2

1    10.    The Department requires requestors be compliant with these security

2    standards in order to receive data released by the Department, including personal

3    identifying information. The Department would deny any request that failed to meet

4    the security standards. Requestors seeking personally identifying information are

5    asked to specify why the requestor needs such information and how the requested

6    information will support their project purposes.

7    11.    Requests receive approval of their security requirements from the

8    Network Information Security Unit, data release approval by the database owner,

9    and application approval from me. All reviewing entities must provide their

10    approval before the request can be fulfilled.

11    12.    Any requestor seeking access to the Department's Automated Firearms

12    System (AFS) or Dealer Record of Sale (DROS) System with personally

13    identifying information would need to complete and submit a fingerprint

14    background check for each user the requestor is seeking permission to access such

15    data. At a minimum, a completed application package includes a complete and

16    approved data request application, successful fingerprint background check

17    clearance, signed FBI security addendum, signed conditions for release form,

18    signed DOJ security requirements form, completed information system security

19    plan, signed fingerprint authorization and release form, and a signed research

20    security and disclosure form. Additionally, projects with remote users must also fill

21    out a confidentiality and non-disclosure agreement, data access user agreement,

22    and, if exemptions to the two prior forms are needed, a security variance form.

23    Requestors seeking to use a third party data center or Cloud Service must be

24    compliant with the Federal Bureau of Investigation Cloud Controls and provide a

25    System and Organization Control 2 Type I report or Federal Risk and Authorization

26    Management Program Authorization assessed at the moderate or high security

27    baseline.

28

3

13.   Approvals and denials are communicated by letter to the requestor and then work with the Applications Development Bureau to extract and provide the requested data. All data productions are provided to requestors through Secure File Transfer Protocol. The Secure File Transfer Protocol is a network protocol that provides a single, secure location to access, transfer, and manage files.

14.   As a condition for releasing data, applicants who have received criminal justice information or personally identifying information from the Department must agree to furnish the Department with pre-publication manuscripts at least 10 days before publication. My team and I review these manuscripts to ensure that data disclosed in the publication are presented in a way that helps reduce the risk that individuals are re-identified. If a manuscript were to contain information that could be used to reverse engineer the identity of specific individuals, the Department communicates directly with the requestor to mask any non-zero counts fewer than 11—that is, presentations of data involving fewer than 11 individuals. I have personally never seen a manuscript that tried to publish personally identifying information.

15.   On January 4, 2021, the California Firearm Violence Research Center at UC Davis (the "Center") submitted an application for information. A true and correct copy of this application is attached hereto as **Exhibit 1**.

16.   That request asked for information in the Department's Automated Firearms System (AFS), Dealer Record of Sale (DROS) System, and Automated Criminal History System (ACHS).

17.   On November 29, 2021, the Department approved the Center's application. On November 29, 2021, information in the DROS System and AFS was provided to the Center. A total of 19 users were authorized to access these data at the time due to successful completion of the fingerprint background check. The information provided was current through May 11, 2021 for AFS and November 1, 2021 for the DROS System.

4

18.     This means that if Plaintiffs purchased a firearm before the date the information was extracted, entries in the AFS and the DROS Systems have already been provided to the Center.

19.     The data provided included all personally identifying information collected by the Department for as many individuals that had the information present. I understand that social security information is not generally recorded in either AFS or the DROS System. There may be some exceptions, but I am unaware if such exceptions apply to Plaintiffs.

20.     On June 17, 2021, Stanford University ("Stanford") submitted an application for information. A true and correct copy of this application is attached hereto as **Exhibit 2**. This application was a modification of a project the researchers had obtained DROS System and AFS information for in 2015. A true and correct copy of the original 2015 application is attached hereto as **Exhibit 3**. As a modification, the 2021 application includes information in the field relating to the modification.

21.     That request asked for information in the Department's AFS and DROS Systems.

22.     On July 1, 2021, the Department approved the Stanford application. AFS data was provided to Stanford on July 21, 2021. DROS data was provided to Stanford on November 15, 2021. A total of 8 users were authorized at the time to access these data due to successful completion of the fingerprint background check. These data productions were identical to the extracts provided to the Center. There was a delay between the time that Stanford's application was approved and the data was provided because the Department was finalizing a template for AFS and DROS extracts that could be used for most requests moving forward.

23.     As part of my job duties, I have looked into whether Stanford or the Center have ever had a data breach. To my knowledge, neither requesting entity has ever inadvertently disclosed personally identifying information in data obtained

5

1   from the Department, or any source, to an unauthorized person or the public.

2   Requestors agree to communicate data breaches to the Department as part of the

3   security requirements.

4      24.   As of the date of this declaration, there are no applications for new

5   extracts of data pending. There is, however, a new pending application from the

6   Center that would authorize three additional users to analyze the existing

7   productions of AFS and DROS already provided to the Center. Department-

8   provided data may only be used for the express reasons listed in the application for

9   the data. This means that the Department must authorize any additional users or

10  research questions pursuant to the extracts provided previously through new

11  applications.

12     25.   I am currently in the process of reviewing and processing the pending

13  application. It is in the finals stages of review, and I anticipate that it will be

14  approved within the next week or so.

15     26.   As of the date of this declaration, data in the Ammunition Purchase

16  Records File system has not been requested by or disclosed to any research

17  institution.

18     27.   The Data Access and Analysis Section is currently engaged in

19  preliminary activities relating to regulation development pertaining to the policies

20  and procedures that will apply to the applications for information by researchers.

21

22  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

23  is true and correct.

24     Executed on: February 22, 2022

25                                      Digitally signed by Trenton
                                        Simmons
26                                      Date: 2022.02.22 14:50:37
                                        -08'00'
27     ─────────────────────────────────
       TRENT SIMMONS
28

6

# EXHIBIT 1

California Department of Justice
California Justice Information Services

# Data Request
# Standard Application



# Data Request Packet for
## Access to California Department of Justice Data

## **Table of Contents**

Introduction.............................................................................................................. a

Data Request Application Checklist: ............................................................... b

Data Request Project Outline: ...................................................................... 1

# Introduction

The California Department of Justice (CADOJ) provides data access to authorized users. This packet contains important information about the release of CADOJ data and the mandatory forms that must be completed before your team can begin receiving data. You must adhere to the Conditions of Release Form pertaining to the dataset that you are interested in requesting. Once the packet has been completed in its entirety, please email all documentation to the DataRequests@doj.ca.gov inbox.

Summary of process:

- Requestor completes the Data Request packet and sends to CADOJ.
- CADOJ reviews/approves/denies the submitted request.
- If approved, team members must complete a background check.
- CADOJ project approvals are valid for one-year.
- If project will continue past one-year, requestor will complete the renewal process.
    - For more information on this process, please go to:
    https://www.oag.ca.gov/research-center.
- When the CADOJ data is used or referenced in any publication, a copy of that publication must be furnished to DataRequests@doj.ca.gov.

For questions at any time during this process, you may call the CADOJ Research Center's Data Request Unit at (916) 210-3260 or send an email to: DataRequests@doj.ca.gov.

a

**<u>Data Request Application Checklist:</u>**

☑ Project Outline

☑ Curriculum Vitae of Team Lead

☑ Conditions for Release of CADOJ data. Please select the form(s) specific to the dataset(s) requested.

☐ If applicable, please provide drafts of relevant research materials, such as: Proposals, endorsements, questionnaires, interview schedules, and sample informed consent statements.

☑ If applicable, please provide sponsoring agency's Institutional Review Board (IRB) approval.

☐ If applicable, for CURES data requests please provide copies of individual's human subjects research consent form.

☑ Certification of Human Subjects Protection Training is required for each authorized staff. If you do not have a current training certificate, please refer to the following link for the required reading material and signature page: https://oag.ca.gov/sites/all/files/agweb/pdfs/Protection-of-Human-ResearchParticipants.pdf

b



STATE OF CALIFORNIA
(Orig. 07/2017)

DEPARTMENT OF JUSTICE

## DATA REQUEST PROJECT OUTLINE

Please answer the following questions in the space provided. All information must be typed.
You may attach a more detailed project description if you choose.

■ New Request      ☐ Modified Request      CADOJ File Number: _____

Date: January 4, 2021

Public Agency/Research Body Name: UC Davis / UCFC

Principle Investigator/Team Lead Name: Hannah S. Laqueur, PhD,

Address: UCD Health, Department of Emergency Medicine, 2315 Stockton Blvd.

City: Sacramento          State: CA          ZIP Code: 95817

Phone: 916-734-3539          Email: hslaqueur@ucdavis.edu

Information Security Officer/IT Manager Name: Lee Smith

Phone: 916-734-0544          Email: lesmith@ucdavis.edu

Project Title: Where Crime Guns Come From:  Characterizing and Mapping Criminal

Anticipated Completion of Project or Report Date: June 30, 2023

1



STATE OF CALIFORNIA
(Orig. 07/2017)

DEPARTMENT OF JUSTICE

## Data Request Project Outline

| Team Member Name | Data will be accessed on-site at: (provide location for each team member) | Part of Data Analysis Team? Yes or No | Part of IT* Team? Yes or No |
|---|---|---|---|
| Hannah S. Laqueur, PhD, MA | VPN | Yes | |
| Garen J. Wintemute, MD, MPH | VPN | Yes | |
| Colette Smirniotis, PhD | VPN | Yes | |
| Christopher McCort, MS | VPN | Yes | |
| Andrew Crawford, PhD | VPN | Yes | |
| Mona Wright, MPH | VPN | Yes | |
| Pamela Keach, MS | N/A | No | |
| | | | |
| | | | |

*Information Technology

By signing below, I acknowledge that the indicated location of where each team member will access the requested data is accurate and no team member will access the requested data outside of the provided location. I understand that failure to comply with these terms may result in the loss of access to the Department's data for this and/or future research projects.

Hannah S Laqueur       Digitally signed by Hannah S Laqueur
                       Date: 2021.01.04 16:52:05 -08'00'

_____          _____

Signature of Principle Investigator          Date

2

## Data Request Project Outline

**Purpose of Project and Project Background**

1.  Purpose and objectives of the project or report: What issues is the project designed to address? Please clarify and identify how the requested data will be used to support your project. (If you need extra space to answer this question, please attach additional sheets.)

See attached.

**Data Request Project Outline**

| Purpose of Project and Project Background |
| --- |

2.  What are the expected benefits of this project? (If you need extra space to answer this question, please attach additional sheets.)

We believe this is a seminal effort with significant real-world impact that will be seen widely as a model for similar efforts elsewhere. While the specifics of this research will pertain to California, the broader conclusions and principles of analysis and their practical implications will be generalizable. This will prompt other states to create similar data resources, help make the case that ATF trace data should be available for research, and support new and better-informed policy and enforcement initiatives nationwide.

## Data Request Project Outline

**Purpose of Project and Project Background**

3.  If applicable, what is the funding source? If the funding source is public or private grant, please
    provide the grant period and its expiration date. (If you need extra space to answer this question,
    please attach additional sheets.)

National Collaborative for Gun Violence Prevention (private)
January 1, 2021 - June 30, 2023

5

## Data Request Project Outline

**Methodology**

1. Provide a detailed description of the proposed project design and methodology.(If you need extra
   space to answer this question, please attach additional sheets.)
   - Where will the data analysis be conducted?
   - Will a cohort data file be provided for matching purposes? If yes, who will be providing the
     cohort file to CADOJ? (CORI Data Requests Only)
   - A detailed description of your data request, including but not limited to:
     - o Database
     - o Timeframe
     - o Identifiers (CORI Data Requests Only)

See attached.

6

## Data Request Project Outline

| Data Transfer Method |
| --- |

1. Secure File Transfer Protocol (SFTP) is a network protocol that provides file access, file transfer, and file management over a reliable data stream. CADOJ's preferred method of data transfer is through SFTP. Is your organization equipped to transfer data via SFTP? Who will be downloading the data?

Yes, VPRP and the UC Firearm Violence Research Center is equipped and experienced in transferring data with CA DOJ via SFTP. For this study, Christopher McCort, Research Data Analyst will be responsible for downloading CA DOJ data.

## Data Request Project Outline

**Other Formal Project Approvals**

1. If applicable, provide information pertaining to other formal project approvals, such as Institutional Review Board (IRB) approvals for the academic community. Provide a copy of all documentation submitted as part of that review and approval process including the application number and expiration date. This document should demonstrate that the IRB is aware of, and has considered, relevant federal and state laws and regulations regarding the use of human subjects in general, and specifically the use of human subjects who are incarcerated, who are minors, or who are otherwise vulnerable populations.

Pending.

CDOJ Data Request:  Project Outline

Purpose and objectives of the project or report: What issues is the project designed to address? Please clarify and identify how the requested data will be used to support your project. (If you need extra space to answer this question, please attach additional sheets.)

## Where Crime Guns Come From:  Characterizing and Mapping Criminal Gun Markets

Firearm-related interpersonal violence is among America's most pressing public health and public safety problems. One of the critical gaps in our understanding of firearm violence is highlighted by our inability to provide a satisfactory answer to this simple question: Where do crime guns come from? Other than at the local level, there are few systematic data on the details of the structure and operation of criminal gun markets —the transactions by which crime-involved firearms move from manufacturer to criminal end user. The topic is of intense interest and a high priority for NCGVR.

The aim of this study is to characterize criminal gun markets in California, statewide and at the local level. We will use a unique constellation of datasets that includes records for close to 420,000 crime guns recovered in the state since 2000, and records for more than 200,000 stolen and lost firearms, linked to identified firearm acquisition records dating from 1996 for handguns and 2014 for rifles and shotguns. The acquisition records allow us to follow or "trace" firearms from their first recorded transaction in the state to the one most immediately preceding their use in a crime. The acquisition and recovery records include identifiers for buyers, sellers, and end users of crime-involved firearms, and a rich resource to support our specific research objectives.

We will "map" California's crime gun markets through descriptive analyses and map visualizations of a number of indicators of the diversion of firearms to the criminal market. We will evaluate the impact of several regulatory changes and law enforcement interventions aimed at disrupting the illegal supply of firearms. Finally, we will identify key risk factors associated with gun trafficking and criminal use and use machine learning tools to test the predictive capacity of available data to identify high-risk retailers and purchasers.

Methodology (page 6)

**Provide a detailed description of the proposed project design and methodology.(If you need extra space to answer this question, please attach additional sheets.)**
**• Where will the data analysis be conducted?**
**•Will a cohort data file be provided for matching purposes? If yes, who will be providing the cohort file to CADOJ? (CORI Data Requests Only)**
**•A detailed description of your data request, including but not limited to:**
    o Database
    o Timeframe
    o Identifiers (CORI Data Requests Only)

Aim 1.  To use California's crime gun recovery data, merged with our compilation of records of handgun transfers beginning in 1996, rifle and shotgun transfers beginning in 2014, and predecessor datasets since the late 1980s to provide an empirical characterization of statewide and local crime gun markets in California over the past twenty years.

Design and methods: Aim 1 will entail analyses of the nearly 420,000 crime guns recorded since 2000, presenting descriptive statistics and map visualizations of a number of indicators of the diversion of firearms to the criminal market. Specific indicators include: Time to crime, out of state sales, obliterated serial numbers, point sources of criminal guns, gun thefts, and secondary transfers. We will present means, medians, and quartiles over time and across place for each of these indicators to better understand the spatial and temporal evolution of the illicit firearm market. We will also conduct bivariate descriptive analyses for both purchasers and dealers. For example, we will examine how dealers who sell a disproportionate share of crime guns vary with respect to characteristics such as store type, geographic area, and years in business; likewise, we will assess how purchasers of crime guns differ from the

general population of gun buyers with respect to characteristics such as gender, age, and place of residence. We will also generate a set of statewide heat maps to identify "hot spots" or clustering of crime gun purchasers and retailers.

**Aim 2.** To assess whether supply-side law enforcement interventions such as sting operations and crack-downs on point source dealers and regulatory interventions that tightened the licensing system for firearm dealers were associated with shifts in the structure and functioning of the illicit firearm market.

Design and methods: Aim 2 will assess the extent to which indicators of an active crime gun market respond to regulatory changes and law enforcement interventions aimed at disrupting the illegal supply of firearms. For example, there were several periods since the study start date (2000) when CA DOJ law enforcement investigated FFLs suspected of sourcing crime guns and put many such retailers out of business. We will conduct interviews with key CA DOJ personnel, with whom we have worked extensively on other firearm-related projects, to get detailed information regarding the nature, scope, and timing of these interventions. For these statewide interventions, we will use an interrupted time series design to test for significant associations between the market interventions and outcomes of interest. Our primary outcome measures will be (1) the trafficking indicators described above and (2) violent and firearm-related crime reports. We will adjust for multiple hypothesis testing using the Benjamini and Hochberg false discovery rate multiple test correction.

**Aim 3.** To identify purchaser, seller, individual and firearm characteristics associated with gun trafficking and criminal use and test the predictive capacity of available data to identify high-risk retailers and purchasers.

Design and methods: Aim 3 will identify key correlates and predictors of high-risk purchasers and retailers. These analyses will include descriptive statistics (e.g. characteristics of traced handguns compared to handguns not recovered in a crime; characteristics of the last known purchaser, the crime gun, etc.), multivariate parametric modeling to identify statistically significant risk factors associated with crime guns, and supervised machine learning classification to test the predictive power of available data and to identify the most highly predictive variables and variable interactions. We will perform survival analysis to understand both the occurrence and timing of crime gun recovery. These analyses will follow the handguns from the date of most recent purchase until the recovery by law enforcement or the end of the study period (2020). We will use Cox proportional hazards regression models66 to calculate univariate and adjusted Hazard ratios. These models provide estimates of how variables of interest affect the risk of recovery at a given point in time, conditional on the event not having occurred prior to that point. We will adjust estimates for censoring to account for differences in follow-up times. We will examine factors present at the time of a handgun's most recent retail sale associated with its subsequent use in a crime. Variables of interest include attributes of the handgun (e.g. type, price, previous sales), retailer (e.g. dealer vs pawnbroker vs importer, number of denials relative to sales), and purchaser (e.g. demographics, purchase history, and criminal history).

**CA DOJ Datasets:** Achieving each of these aims will involve analyses of several sets of CA DOJ datasets.

1) Automated Firearms System (AFS), Evidence and Crime Gun records (2000 - 2020). All relevant information to identify and trace the history of recovered firearms that are illegally possessed, have been used in a crime, or are suspected of having been used in a crime. These data include, but are not limited to, details about the recovered firearm including serial number, the crime in which it was used (dates and crimes), and its possessor (at the time of recovery). In addition, if the recovered firearm does not meet the definition of a crime gun or if the agency recovering the firearm is unable to determine if the firearm was used in a crime, is suspected of being used in a crime, or was illegally possessed we will need the Evidence or Safekeeping record detail that indicates the agency has custody of the firearm.

2) Automated Firearms System, Dealer Records of Sale (1996-2020). These DROS records include a purchaser's name, date of birth, sex, race/ethnicity, address, birthplace, height, and weight, date and time of the transaction, identifiers for the seller, and a unique numeric identifier for each purchaser. We will construct the ownership history of recovered crime guns by linking from the AFS recovered gun data to DROS using the gun's manufacturer, serial number, type (e.g. semiautomatic pistol), and caliber. We will be able to identify all persons

known to have owned each recovered firearm or to have reported it stolen and to identify purchasers linked to multiple recovered crime guns.

3) <u>Automated Criminal History System (ACHS)</u>. We will provide CDOJ with a cohort file (last name, first name, middle name/initial, date of birth, sex, address) for all criminal history records from the CA DOJ Automated Criminal History System (ACHS). ACHS contains all electronic adult criminal records in California since 1980, with details of all reported arrests, dispositions, and convictions, as well as names (and aliases), birthdate, sex, race/ethnicity, height and weight, address(es).

**Location for data analysis:** As with our other studies and COVID-related precautions, CDOJ data will be transferred to UCD via secure FTP and will be stored on secure servers at the UCDH Data Center. All analyses will be conducted via VPN by UCD analysts who have completed a CDOJ background.

# EXHIBIT 2

California Department of Justice
California Justice Information Services

# Data Request
# Standard Application

**Data Request Packet for**
**Access to California Department of Justice Data**

## Table of Contents

Introduction...................................................................................................................... a

Data Request Application Checklist: .............................................................................. b

Data Request Project Outline: ...................................................................................... 1

# Introduction

The California Department of Justice (CADOJ) provides data access to authorized users. This packet contains important information about the release of CADOJ data and the mandatory forms that must be completed before your team can begin receiving data. You must adhere to the Conditions of Release Form pertaining to the dataset that you are interested in requesting. Once the packet has been completed in its entirety, please email all documentation to the DataRequests@doj.ca.gov inbox.

Summary of process:

- Requestor completes the Data Request packet and sends to CADOJ.
- CADOJ reviews/approves/denies the submitted request.
- If approved, team members must complete a background check.
- CADOJ project approvals are valid for one-year.
- If project will continue past one-year, requestor will complete the renewal process.
    For more information on this process, please go to:
    https://www.oag.ca.gov/research-center.
- When the CADOJ data is used or referenced in any publication, a copy of that publication must be furnished to DataRequests@doj.ca.gov.

For questions at any time during this process, you may call the CADOJ Research Center's Data Request Unit at (916) 210-3260 or send an email to: DataRequests@doj.ca.gov.

a

## Data Request Application Checklist:

☐  Project Outline

☐  Curriculum Vitae of Team Lead

☐  Conditions for Release of CADOJ data. Please select the form(s) specific to the dataset(s) requested.

☐  If applicable, please provide drafts of relevant research materials, such as: Proposals, endorsements, questionnaires, interview schedules, and sample informed consent statements.

☐  If applicable, please provide sponsoring agency's Institutional Review Board (IRB) approval.

☐  If applicable, for CURES data requests please provide copies of individual's human subjects research consent form.

☐  Certification of Human Subjects Protection Training is required for each authorized staff. If you do not have a current training certificate, please refer to the following link for the required reading material and signature page: https://oag.ca.gov/sites/all/files/agweb/pdfs/Protection-of-Human-ResearchParticipants.pdf

b



STATE OF CALIFORNIA
(Orig. 07/2017)

DEPARTMENT OF JUSTICE

## DATA REQUEST PROJECT OUTLINE

Please answer the following questions in the space provided. All information must be typed.
You may attach a more detailed project description if you choose.

☐ New Request    ☑ Modified Request    CADOJ File Number: #15-003

Date: June 17, 2021

Public Agency/Research Body Name: Stanford University

Principle Investigator/Team Lead Name: David Studdert

Address: 615 Crothers Way, Encina Commons

City: Stanford          State: CA          ZIP Code: 94305

Phone: 650-421-03957          Email: studdert@stanford.edu

Information Security Officer/IT Manager Name: Matthew Franzen

Phone: (650) 724-3540          Email: mfranzen@stanford.edu

Project Title: Longitudinal Study of Handgun Ownership and Transfer

Anticipated Completion of Project or Report Date: 12/31/2023

1



STATE OF CALIFORNIA
(Orig. 07/2017)

DEPARTMENT OF JUSTICE

## Data Request Project Outline

| Team Member Name | Data will be accessed on-site at: (provide location for each team member) | Part of Data Analysis Team? Yes or No | Part of IT* Team? Yes or No |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*Information Technology

By signing below, I acknowledge that the indicated location of where each team member will access the requested data is accurate and no team member will access the requested data outside of the provided location. I understand that failure to comply with these terms may result in the loss of access to the Department's data for this and/or future research projects.

_____          _____

Signature of Principle Investigator               Date

2

**Data Request Project Outline**

<div style="background:black;color:white">**Purpose of Project and Project Background**</div>

1.  Purpose and objectives of the project or report: What issues is the project designed to address? Please clarify and identify how the requested data will be used to support your project. (If you need extra space to answer this question, please attach additional sheets.)

## Data Request Project Outline

**Purpose of Project and Project Background**

2. What are the expected benefits of this project? (If you need extra space to answer this question, please attach additional sheets.)

## Data Request Project Outline

**Purpose of Project and Project Background**

3. If applicable, what is the funding source? If the funding source is public or private grant, please provide the grant period and its expiration date. (If you need extra space to answer this question, please attach additional sheets.)

**Data Request Project Outline**

| Methodology |
|---|

1. Provide a detailed description of the proposed project design and methodology.(If you need extra
space to answer this question, please attach additional sheets.)
   - Where will the data analysis be conducted?
   - Will a cohort data file be provided for matching purposes? If yes, who will be providing the
   cohort file to CADOJ? (CORI Data Requests Only)
   - A detailed description of your data request, including but not limited to:
     - o Database
     - o Timeframe
     - o Identifiers (CORI Data Requests Only)

ORIGINAL DATA:
Data provided in response to our original data requests in 2015/16 DOJ's came from
the DROS and AFS databases.
- The data elements provided from the DROS database are enumerated in Table 1 of
the attached Supplement.
- The data elements provided from the AFS database are enumerated in Table 2 of the
attached Supplement.

The DROS data spanned the period 1/1/1996 through 2/28/2016.
The AFS data spanned the period 1/1/1996 through 03/06/2016.

(In addition, we received historic transaction data (AFS) for the period 1/1/1985
through 12/31/1995, although these data were largely unstructured and lacked
variables available in the AFS and DROS data after 1996.)

DATA REQUEST  MODIFICATION:
The purpose of this data request modification is to allow us to update the existing data.
We seek virtually the same data elements from DROS and AFS databases as were
originally requested and provided.  Our request is that that they be extended forward in
time to the present.

Specifically, the requested data elements are specified in second column of Tables 1
and 2 of the Supplement for the following time periods:
   DROS: 1/1/2016 - present
   AFS: 1/1/2016 - present

We recognize that there is a small amounut overlap in 2016 with the
originally-provided data. This is intended: it will allow us to resolve some anomalies
with the final months of the originally-provided data.

ADDITIONAL INFORMATION on DATA REQUEST  MODIFICATION:
Our focus for the LongSHOT study is the DROS data.

6

## Data Request Project Outline

| Methodology |
|---|

1. Provide a detailed description of the proposed project design and methodology.(If you need extra
   space to answer this question, please attach additional sheets.)
   - Where will the data analysis be conducted?
   - Will a cohort data file be provided for matching purposes? If yes, who will be providing the
     cohort file to CADOJ? (CORI Data Requests Only)
   - A detailed description of your data request, including but not limited to:
     - o Database
     - o Timeframe
     - o Identifiers (CORI Data Requests Only)

ADDITIONAL INFORMATION on DATA REQUEST MODIFICATION:
Our focus for the LongSHOT study is the DROS data.

The sole purpose of obtaining the AFS data –both in the original request and in this
modified request––was and is obtaining transaction-level (i.e., time varying) residential
address information for acquirers.

An acquirer's address at the time of each purchase is an important variable for our
study. But the DROS data we received had only a single address for each acquirer: it
was in the Person file, and we believe it referred to the acquirer's address at the time
of his/her latest acquisition; this meant that for multi-purchasers all prior addresses
were overwritten.

To get around this limitation, we linked AFS records (which DO have the acquirer's
address at the time of each acquisition) to the DROS transaction records. We did this
using the transaction number variable ("OCA"). However, transaction number didn't
provide a perfect crosswalk, so we had to use some other variables to ensure the
linkages were accurate. Table 2 of the Supplement shows the full set of variables we
used to perform the linkage and enable us to affix to acquirer's addresses at the time
of acquisition to the DROS records.

Please note: There would be no need for us to obtain any AFS data if the DROS data
we receive included transaction-level addresses for acquirers. That was not the case 5
years ago, but the situation may have changed.  If transaction-level addresses are
available for DROS transaction records, we would much prefer this, and the request
for AFS data could be withdrawn.

If, on the other hand, it is still the case that transaction-level addresses for acquirers
are not available in DROS then 2 new variables would greatly help our ability to link in
the "real time" addresses: the PERSON_KEY and WEAPON_KEY variables for each
transaction in the AFS data. (These additional variables are highlighted as new
variables in yellow in Table 2.)

## Data Request Project Outline

**Data Transfer Method**

1. Secure File Transfer Protocol (SFTP) is a network protocol that provides file access, file transfer, and file management over a reliable data stream. CADOJ's preferred method of data transfer is through SFTP. Is your organization equipped to transfer data via SFTP? Who will be downloading the data?

## Data Request Project Outline

**Other Formal Project Approvals**

1. If applicable, provide information pertaining to other formal project approvals, such as Institutional Review Board (IRB) approvals for the academic community. Provide a copy of all documentation submitted as part of that review and approval process including the application number and expiration date. This document should demonstrate that the IRB is aware of, and has considered, relevant federal and state laws and regulations regarding the use of human subjects in general, and specifically the use of human subjects who are incarcerated, who are minors, or who are otherwise vulnerable populations.

# EXHIBIT 3

# LONGITUDINAL STUDY OF HANDGUN OWNERSHIP AND TRANSFER IN CALIFORNIA

**Researchers**: Dr. David Studdert, Stanford Medical School & Stanford Law School
Dr. Garen Wintemute, UC Davis School of Medicine

**Goal**: To identify trends in handgun ownership in California over the last 19 years.

**Background**: Little is known about ownership of firearms at the population level, and even less about how ownership patterns have changed over time. No US state has a registry or formal tracking system for firearms. So virtually all information on ownership trends comes from self-report surveys, which may not be reliable. One telling illustration of the poor state of our understanding of firearm ownership trends is the current debate over whether ownership levels nationwide are increasing, decreasing, or flat. Some commentators have suggested that the total number of lawfully owned firearms has risen, but fewer households have them, meaning fewer people own more weapons.

Other questions about ownership patterns arise. For example, are women more likely to own firearms today than they were 20 years ago? Has the age profile and household composition of firearm owners changed?

This study will seek to answer these and other related questions about firearm ownership trends. It will focus on handguns in California.

**Data**: We propose to answer the study questions by analyzing the data collected in the state's Dealer Record of Sale (DROS) system. We will analyze all transactions recorded between January 1 1996 and December 31 2014. We estimate, based on available DOJ data, that there have been approximately 4.2 million handgun transactions over this period.

**Data Protection**: We are seeking access to all data fields that are included in Dealer Records of Sale, including fields that contain personally identifying information (date of birth, address, driver license or military ID number). The identifying information is necessary because we will need to verify the link established by the PERSON_KEY variable for the same purchaser across different transactions, and link purchases made by different individuals living in the same household (via address matching). We also will need weapon identifiers in order to "follow" weapons through to any subsequent sales or transfers, and the fields that identify FFLs in order to study relationships between individual purchasers and retailers.

Once the matching and linkage steps are complete, all data fields that identify specific individuals will be deleted from the study dataset.

Access to the data will be strictly limited to three people: Dr Studdert, Dr Wintemute, and a Data Analyst employed for this project data (who will work under the supervision of Drs Studdert and Wintemute).

The study, including a detailed data protection plan, has been approved by Stanford Medical School's Institutional Review Board. The data protection is designed to guard against the risk of an unauthorized or accidental disclosure of information in the study dataset. It includes the following elements:

- The data will be stored on a secure server at the Center for Health Policy, Stanford University, where Dr Studdert works. Remote access to the server is password protected

1

and controlled through two firewalls.  Only Dr Studdert and the Data Analyst will have the password.

- The server and computer room exceeds the stringent guidelines established by the Stanford University School of Medicine and is listed with Stanford University as a HIPAA compliant computer room.

- Dr Studdert's computer terminal is in his office. Whenever he leaves his office he will ensure he is not logged into the study database; he also routinely locks his office door whenever he is not there.

- The Data Analyst will sit in a carrel area adjacent to Dr Studdert's office.  S/he will log-out of the database whenever s/he is not seated at his/her desk and actively working on the data.

- We will construct a "general use dataset" that excludes all fields with identifying information. Whenever analytical work is being conducted that does not require use of identifying fields, the general use dataset will be used instead of the larger DROS extract.

- Drs Studdert and Wintemute have both undertaken DOJ background checks.  The Data Analyst recruited for this project will also undertake a background check before being permitted access to the data.

**Study Products**:  Results from our analyses will be written up in manuscript form and submitted to a peer-review scientific journal.  We expect the study to produce 1-2 papers.  The papers will not include any information that would allow any individual to be identified, directly or indirectly.  Prior to journal submission, all draft manuscripts will be circulated to staff in the Bureau of Firearms in the Department of Justice and the researchers will take any comments received into account in revising the manuscript.  Drs Studdert and Wintemute will also make themselves available to brief DOJ staff in person on study findings.

2

# STANFORD UNIVERSITY

*Stanford, CA 94305 [Mail Code 5579]*

David D Oakes, M.D.                                              (650) 724-6695
CHAIR, PANEL ON MEDICAL HUMAN SUBJECTS                          (650) 725-8013

## Certification of Human Subjects Approvals

**Date:**      December 15, 2014

**To:**        David M Studdert, LLB, ScD, MPH, Medicine - Med/PCOR

**From:**      David D Oakes, M.D., Administrative Panel on Human Subjects in Medical Research

**Protocol**   Longitudinal Study of Handgun Ownership and Transfer in California

**Protocol ID:**   32819                          **IRB Number:**   4947 (Panel: 6)

The IRB approved human subjects involvement in your research project on 12/15/2014. **'Prior to subject recruitment and enrollment, if this is: a Cancer-related study, you must obtain Cancer Center Scientific Review Committee (SRC) approval; a CTRU study, you must obtain CTRU approval; a VA study, you must obtain VA R and D Committee approval; and if a contract is involved, it must be signed.'**

The expiration date of this approval is 11/30/2015 at Midnight. If this project is to continue beyond that date, you must submit an updated protocol in advance for the IRB's re-approval. If this protocol is used in conjunction with any other human use it must be re-approved. Proposed changes to approved research must be reviewed and approved prospectively by the IRB. No changes may be initiated without prior approval by the IRB, except where necessary to eliminate apparent immediate hazards to subjects. (Any such exceptions must be reported to the IRB within 10 working days.) Unanticipated problems involving risks to participants or others and other events or information, as defined and listed in the Report Form, must be submitted promptly to the IRB. (See Events and Information that Require Prompt Reporting to the IRB at http://humansubjects.stanford.edu.)

All continuing projects and activities must be reviewed and re-approved on or before Midnight of the expiration date. The approval period will be less than one year if so determined by the IRB. It is your responsibility to resubmit the project to the IRB for continuing review and to report the completion of the protocol to the IRB within 30 days.

Please remember that all data, including all signed consent form documents, must be retained for a minimum of three years past the completion of this research. Additional requirements may be imposed by your funding agency, your department, or other entities. (See Policy 1.9 on Retention of and Access to Research Data at http://doresearch.stanford.edu/policies/research-policy-handbook)

This institution is in compliance with requirements for protection of human subjects, including 45 CFR 46, 21 CFR 50 and 56, and 38 CFR 16.

David D Oakes, M.D., Chair

**Approval Period:**          12/15/2014 THROUGH 11/30/2015
**Review Type:**              EXPEDITED - NEW
**Funding:**                  Medicine

**Expedited Under Category:** 5
**Assurance Number:**         FWA00000935 (SU)

## CERTIFICATE OF SERVICE

Case Name:   **Doe, Jane, et al. v. Rob Bonta**          No.   **3:22-cv-00010-AJB-DEB**

I hereby certify that on <u>February 22, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF TRENT SIMMONS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 22, 2022</u>, at Sacramento, California.

| Eileen A. Ennis | |
| --- | --- |
| Declarant | Signature |

SA2022300119