# CERTIFICATE OF SERVICE

Case Name:  **Doe, Jane, et al. v. Rob Bonta**      No.   **3:22-cv-00010-AJB-DEB**

I hereby certify that on <u>July 13, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S OPPOSITION TO (1) PLAINTIFFS' APPLICATION FOR RECONSIDERATION OF ORDER DENYING TEMPORARY RESTRAINING ORDER AND (2) PLAINTIFFS' REQUEST TO REOPEN AND SUPPLEMENT PENDING MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF NELSON RICHARDS IN SUPPORT OF DEFENDANT'S OPPOSITION TO (1) PLAINTIFFS' APPLICATION FOR RECONSIDERATION OF ORDER DENYING TEMPORARY RETRAINING ORDER AND (2) PLAINTIFFS' REQUEST TO REOPEN AND SUPPLEMENT PENDING MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF RANDIE CHANCE, PH.D, IN SUPPORT OF DEFENDANT'S OPPOSITION TO (1) PLAINTIFFS' APPLICATION FOR RECONSIDERATION OF ORDER DENYING TEMPORARY RETRAINING ORDER AND (2) PLAINTIFFS' REQUEST TO REOPEN AND SUPPLEMENT PENDING MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 13, 2022</u>, at Sacramento, California.

|  |  |
|---|---|
| Ritta Mashriqi | */s/Ritta Mashriqi* |
| Declarant | Signature |

SA2022300119
36359735.docx