ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN W. KILLEEN
Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General
State Bar No. 266330
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6050
 Fax: (916) 324-8835
 E-mail: Ryan.Davis@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, et al.,**<br><br>                              Plaintiffs,<br><br>       v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, et al.**<br><br>                              Defendant. | No. 3:22-cv-00010-LAB-DEB<br><br>**DEFENDANT'S NOTICE RE: STATE COURT PROCEEDINGS**<br><br>Judge:          Hon. Larry A. Burns<br>Courtroom:  4A<br>Action Filed:    January 5, 2022 |

1    As the Attorney General noted in a prior filing (*see* Reply, ECF No. 39 at 2), there is another challenge to California Assembly Bill 173 (2021-2022 Reg. Sess.) (AB 173) currently pending in the San Diego Superior Court in *Barba v. Bonta*, Case No. 37-2002-00003676 (S.D. Super. Ct., Jan. 28, 2022).  In that case, the plaintiffs have alleged that AB 173 (1) violates their state constitutional right to privacy; (2) amounts to an invalid amendment to a voter initiative under state law; and (3) violates their right to keep and bear arms under the Second Amendment to the United States Constitution.  For purposes of keeping this Court informed as to related proceedings, the Attorney General provides the following notice.  *See* Civl Local Rule 40.1(f)-(g) (requiring notice of related cases, defined to include proceedings in state or federal court that "[i]nvolve some of the same parties and are based on the same or similar claims").

On November 1, 2022, the superior court issued the attached order sustaining the Attorney General's demurrer to the plaintiffs' second claim; deferring action on plaintiffs' third claim, pursuant to a previously-issued stay of the plaintiffs' Second Amendment claim pending this Court's rulings on the motions before it; but granting plaintiff's preliminary injunction motion and enjoining the California Department of Justice "from transferring to researchers (1) personal identifying information collected in the Automated Firearms System pursuant to Penal Code section 11106(d) and (2) personal identifying information collected in the Ammunition Purchase Records File pursuant to Penal Code section 30352(b)(2), until further notice and order by the Court."  Exhibit A, Order on Defendant's Demurrer and Plaintiffs' Motion for Preliminary Injunction.

The Attorney General has filed an appeal of the superior court's preliminary injunction.  On December 14, 2022, the appellate court denied the Attorney General's request to stay the superior court's order pending the appeal, so the preliminary injunction remains in place.

| | | |
|---|---|---|
| 1 | Dated: January 3, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | R. MATTHEW WISE<br>Supervising Deputy Attorney General |
| 4 | | JOHN W. KILLEEN<br>Deputy Attorney General |
| 5 | | RYAN R. DAVIS<br>Deputy Attorney General |
| 6 | | |
| 7 | | /s/ *Ryan R. Davis*<br>Deputy Attorney General |
| 8 | | *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney* |
| 9 | | *General of the State of California* |

2

# EXHIBIT A

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
11/01/2022 at 10:02:00 AM
Clerk of the Superior Court
By Nicole Adams, Deputy Clerk

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF SAN DIEGO

| | |
|---|---|
| ASHLEYMARIE BARBA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC; ORANGE COUNTY GUN OWNERS PAC; and INLAND EMPIRE GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 37-2022-00003676-CU-CR-CTL<br><br>[PROPOSED] ORDER ON DEFENDANT'S DEMURRER AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Judge: Hon. Katherine A. Bacal<br>Department: C-69 |

[PROPOSED] ORDER ON DEFENDANT'S DEMURRER AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

In accordance with the Court's minute order issued October 14, 2022, which is attached to this order as Exhibit A and incorporated herein by reference, IT IS HEREBY ORDERED that:

1. Defendant's demurrer to plaintiffs' first amended complaint is OVERRULED as to the first cause of action and is SUSTAINED without leave to amend only as to the second cause of action. The Court defers ruling on Defendant's demurrer to the third cause of action pursuant to the parties' stipulation and the Court's order thereon.  Defendant has 30 days to answer.

2. Plaintiffs' motion for preliminary injunction is GRANTED. The California Department of Justice is enjoined from transferring to researchers (1) personal identifying information collected in the Automated Firearms System pursuant to Penal Code section 11106(d) and (2) personal identifying information collected in the Ammunition Purchase Records File pursuant to Penal Code section 30352(b)(2), until further notice and order by the Court.

IT IS SO ORDERED.

Dated: 11/1/2022

_____
Hon. Katherine A. Bacal
Superior Court of California, County of San Diego

Approved as to Form:

_____
Ryan R. Davis
Counsel for Defendant

## CERTIFICATE OF SERVICE

Case Name:   **Doe, Jane, et al. v. Rob Bonta**        No.   **3:22-cv-00010-AJB-DEB**

I hereby certify that on January 4, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS NOTICE REGARDING STATE PROCEEDINGS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 4, 2023, at Sacramento, California.

|  |  |
|---|---|
| Ritta Mashriqi | /s/*Ritta Mashriqi* |
| Declarant | Signature |