SNELL & WILMER
—— L.L.P. ——
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA  92626-7689

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| JANE DOE, an individual; JOHN DOE NO. 1, an individual; JOHN DOE NO. 2, an individual; JOHN DOE NO. 3, an individual; and JOHN DOE NO. 4, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00010-LAB-DEB<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST FOR ENTRY OF JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe and John Does 1-4 (collectively, "Plaintiffs"), through counsel, hereby respectfully request that the Court enter judgment dismissing Plaintiffs' First Amended Complaint.

On January 12, 2023, the Court entered its Order (1) granting Defendants' Motion to dismiss Plaintiffs' First Amended Complaint, (2) denying Plaintiffs' Motion for Preliminary Injunction, (3) denying Plaintiffs' Ex Parte Motion for Reconsideration, and (4) granting requests for judicial notice (the "Order") [ECF No. 60]. Though the Court indicated in that Order that Plaintiffs could file a motion for leave to amend, Plaintiffs timely filed, on February 10, 2023, their Notice of Appeal [ECF No. 61], thereby indicating that Plaintiffs do not intend to seek leave to file a further amended complaint. The parties met and conferred, and counsel for Defendant Attorney General Rob Bonta does not oppose this Request.

Accordingly, Plaintiffs respectfully request that, pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enter judgment dismissing Plaintiffs' First Amended Complaint.

Dated: December 5, 2022

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _____

Michael B. Reynolds
Colin R. Higgins
Cameron J. Schlagel
Attorneys for Plaintiffs

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT