# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his capacity as Attorney General of the State of California, et al., <br><br> Defendants. | Case No.: 22-cv-10-LAB-DEB <br><br> **ORDER:** <br><br> **1) GRANTING MOTION FOR ENTRY OF JUDGMENT, [Dkt. 63]; and** <br><br> **2) DISMISSING FIRST AMENDED COMPLAINT** |

Plaintiffs Jane Doe and John Doe No. 1–4 filed a motion requesting entry of judgment pursuant to Federal Rule of Civil Procedure 58. (Dkt. 63). On January 12, 2023, the Court dismissed the FAC in its entirety and gave Plaintiffs until February 10, 2023 to file a motion for leave to amend. (Dkt. 60 at 26). Plaintiffs didn't file such a motion and instead filed a notice of appeal. (Dkt. 61). They now request the Court enter judgment dismissing the FAC. Plaintiffs represent that they met and conferred with counsel for Defendant Attorney General Rob Bonta and that their request is unopposed. (Dkt. 63).

//

//

1 |     Good cause appearing, the Court **GRANTS** the motion for entry of judgment and **DISMISSES** the FAC. The Clerk of Court is **ORDERED** to enter judgment pursuant to Rule 58.

    **IT IS SO ORDERED**.

Dated:  March 17, 2023

*[signature]*

**Hon. Larry Alan Burns**
United States District Judge