

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jane Doe, et al.

                              **Plaintiff,**

V.

ROB BONTA, in his capacity as Attorney General of the State of California; Does 1-25

                              **Defendant.**

Civil Action No.   22cv0010-LAB-DEB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the motion for entry of judgment and DISMISSES the FAC.

Date:       3/17/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Simmons
                        J. Simmons, Deputy